| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF WASHINGTON | |
| Case number *(if known)* _____  Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **M9 Defense, Inc** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **80-0345509** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**  **13110 NE 177th Pl #236**  **Woodinville, WA 98072**  Number, Street, City, State & ZIP Code  **King**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

| Debtor | M9 Defense, Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **M9 Defense, Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | M9 Defense, Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 23, 2020**
MM / DD / YYYY

**X /s/ Jamin Micarelli**     **Jamin Micarelli**
Signature of authorized representative of debtor     Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ Darrel B. Carter**     Date **June 23, 2020**
Signature of attorney for debtor     MM / DD / YYYY

**Darrel B. Carter**
Printed name

**CBG Law Group**
Firm name

**11400 SE 8th St Suite 235**
**Bellevue, WA 98004**
Number, Street, City, State & ZIP Code

Contact phone **(425) 283-0432**     Email address **darrel@cbglaw.com**

**20318 WA**
Bar number and State

Fill in this information to identify the case:

Debtor name **M9 Defense, Inc**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Brian O'Neill** 65-1272 Lae Lae Rd Kamuela, HI 96743 | | | | $6,500,458.85 | $0.00 | $6,500,458.85 |
| **Cooper Collins** 32126 Edgewater Dr Magnolia, TX 77354 | | | | $511,073.18 | $0.00 | $511,073.18 |
| **Far West Materials** 944 N 9th Ave Walla Walla, WA 99362 | | | | | | $12,216.51 |
| **Fiberlay** 6608 S 221th St #105 Kent, WA 98032 | | | | | | $9,423.53 |
| **GE Capital Clare Credit** PO Box 90061 Orlando, FL 32896-0061 | | | | | | $28,219.91 |
| **GE Capital Clare Credit** PO Box 90061 Orlando, FL 32896-0061 | | Bobcat | | $114,318.82 | $0.00 | $114,318.82 |
| **H10 Seattle, LLC** 2401 4th Ave #480 Seattle, WA 98121 | | | | | | $13,770.00 |
| **Intech Funding Corp** 201 East Huntington Drive Suite 201 Monrovia, CA 91016 | | Yama CNC | | $145,900.00 | $0.00 | $145,900.00 |
| **Intech Funding Corp** 201 East Huntington Drive Suite 201 Monrovia, CA 91016 | | 3D Scanner | | $105,075.00 | $0.00 | $105,075.00 |

| Debtor | **M9 Defense, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Intech Funding Group**<br>**201 East Huntington Drive**<br>**Suite 201**<br>**Monrovia, CA 91016** | | | | | | $46,000.79 |
| **Jamin Micarelli**<br>**13110 NE 177th Pl #173**<br>**Woodinville, WA 98072** | | | | | | $82,973.00 |
| **Jamin Micarelli**<br>**13110 NE 177th Pl #173**<br>**Woodinville, WA 98072** | | | | $1,477,974.47 | $0.00 | $1,477,974.47 |
| **Jamin Micarelli**<br>**13110 NE 177th Pl #173**<br>**Woodinville, WA 98072** | | | | | | $635,903.84 |
| **Jennifer Yunas**<br>**13110 Ne 177th Pl #173**<br>**Woodinville, WA 98072** | | | | | | $170,730.76 |
| **Karr Tuttle Campbell**<br>**701 5th Ave #3300**<br>**CA 95104** | | | | | | $47,535.04 |
| **Ness & Campbell Crane, Inc**<br>**6612 S 218th St**<br>**Kent, WA 98031** | | | | | | $27,955.69 |
| **Preston Marshall**<br>**7600 W Tidwell Rd #800**<br>**Houston, TX 77040** | | | | $1,270,540.56 | $0.00 | $1,270,540.56 |
| **Snohomish County Treasurer**<br>**3000 Rockefeller Ave**<br>**Everett, WA 98201** | | | | | | $45,280.86 |
| **Stratsys**<br>**7665 Commerce Way**<br>**Eden Prairie, MN 55344** | | | | | | $21,119.42 |
| **Stratsys**<br>**7665 Commerce Way**<br>**Eden Prairie, MN 55344** | | 3D Printer | | $145,900.00 | $0.00 | $145,900.00 |

In re  **M9 Defense, Inc**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 23, 2020**

**/s/ Jamin Micarelli**
**Jamin Micarelli**/**President**
Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| | | |
|---|---|---|
| BANKRUPTCY & COLLECTIONS<br>800 5TH AVE<br>SUITE 2000<br>SEATTLE, WA 98104 | BRENT BIENENFELD<br>8926 112TH AVE NE<br>KIRKLAND, WA 98033 | D&D LAND & CATTLE LTD<br>5101 80TH ST STE 1<br>LUBBOCK, TX 79424 |
| UNITED STATES ATTORNEY<br>700 STEWART ST<br>SUITE 5220<br>SEATTLE, WA 98101 | BRIAN BUHROW | DAVID AND JO BETH BRENHOLT<br>PO BOX 64242<br>LUBBOCK, TX 79464 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE. NW<br>WASHINGTON, DC 20530-0001 | BRIAN O'NEILL<br>65-1272 LAE LAE RD<br>KAMUELA, HI 96743 | DCACC, LLC<br>10703 KENOSHA AVE.<br>LUBBOCK, TX 79423 |
| US TREASURY<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | CAPITAL PREMIUM FINANCING<br>12235 SOUTH 800 EAST<br>DRAPER, UT 84020 | DEBORAH BANTLE<br>2828 W LK SAMMAMISH PKWY N<br>REDMOND, WA 98052 |
| ACUITY<br>PO BOX 718<br>SHEBOYGAN, WI 53082-0718 | CENTRAL WELDING<br>22205 W BOSTIAN RD<br>WOODINVILLE, WA 98072 | DECIPHERST, INC.<br>13110 NE 177TH PL #236<br>WOODINVILLE, WA 98072 |
| ALOHA PAIN CLINIC LLC<br>PO BOX 7127<br>KAMUELA, HI 96743 | CHARLES & JOANNE SIGNOR<br>10357 HWY 100<br>LA 70000 | DELS TRUCK RENTAL<br>19545 WOODINVILLE SNOHOMISH R<br>WOODINVILLE, WA 98072 |
| AVER, WOODLY, HILDENBRAUD & SANDERSTON LLP<br>455 E PIKES PEAK AVE SUIT 305<br>COLORADO SPRINGS, CO 80903 | CLAYTON HAGERMAN<br>3439 LOCKE LANE<br>HOUSTON, TX 77027 | DENNIS DEBO<br>5212 OAK LAKE DR<br>DALLAS, TX 75287 |
| BAIER LAW FIRM<br>3909 CALIFORNIA AVE SW<br>SEATTLE, WA 98116 | COMPOSITES ONE<br>19105 63RD AVENUE NE<br>ARLINGTON, WA 98223-8729 | DEPT OF LICENSING<br>PO BOX 9038<br>OLYMPIA, WA 98507 |
| BMS LIFT TRUCK<br>2218 MARINE VIEW DR<br>TACOMA, WA 98422 | COOPER COLLINS<br>32126 EDGEWATER DR<br>MAGNOLIA, TX 77354 | ERICKSON, BROWN, KLOSTER<br>4565 HILTON PKWY<br>COLORADO SPRINGS, CO 80907 |
| BOBBY LOW<br>8611 VICKIBURG AVE<br>LUBBOCK, TX 79424 | CRESCENT CONSULTANTS LIMITED | FAR WEST MATERIALS<br>944 N 9TH AVE<br>WALLA WALLA, WA 99362 |

| | | |
|---|---|---|
| FASTENAL<br>9145 WILLOWS RD<br>REDMOND, WA 98052 | GRAINGER<br>3013 WALNUT ST<br>EVERETT, WA 98201 | JACK BIHROW<br>3853 E SAHUARO BLVD<br>PHOENIX, AZ 85028 |
| FIBERLAY<br>6608 S 221TH ST #105<br>KENT, WA 98032 | GREAT AMERICA LEASING CORP<br>PO BOX 660831<br>DALLAS, TX 75266 | JAMIN MICARELLI<br>13110 NE 177TH PL #173<br>WOODINVILLE, WA 98072 |
| FRANK BANTLE JR.<br>1428 SOUTH HUGH WALLIS DR<br>LAFAYETTE, LA 70508 | GUY N. MARTIN TRUST II<br>901 LONGMIRE RD #54<br>CONROE, TX 77304 | JENNIFER YUNAS<br>13110 NE 177TH PL #173<br>WOODINVILLE, WA 98072 |
| FRANK BANTLE SR.<br>11718 GALLANT RIDGE LA<br>HOUSTON, TX 77082 | H10 SEATTLE, LLC<br>2401 4TH AVE #480<br>SEATTLE, WA 98121 | JESUS MIGUEL PALOMARES<br>C/O MILLER, NASH, GRAHAM & DLL<br>2801 ALASKAN WAY SUITE 300<br>SEATTLE, WA 98121 |
| FRANK J BANTLE SR AND ANNETTE BANTLE | HARDWOOD INDUSTRIES<br>20124 BROADWAY AVENUE<br>BUILDING D<br>SNOHOMISH, WA 98296 | JOHN AND LINDA HAGERMAN<br>24800 I-45 #100<br>WOODLANDS, TX 77386 |
| FRONTIER COMMUNICATIONS<br>13252 109TH AVE NE<br>KIRKLAND, WA 98034 | HAROLD T. BANTLE<br>2828 W LK SAMMAMISH PKWY NE<br>REDMOND, WA 98052 | JUNKER & NAKACHI<br>1191 2ND AVE #1800<br>SEATTLE, WA 98101 |
| FUTUREMAX, INC<br>4320 N WOODBURN ST<br>MILWAUKEE, WI 53211-1505 | IMAGINIT TECHNOLOGIES<br>1000 2ND AVE #1800<br>SEATTLE, WA 98101 | KARR TUTTLE CAMPBELL<br>701 5TH AVE #3300<br>CA 95104 |
| GE CAPITAL<br>CLARE CREDIT<br>PO BOX 90061<br>ORLANDO, FL 32896-0061 | INTECH FUNDING CORP<br>201 EAST HUNTINGTON DRIVE<br>SUITE 201<br>MONROVIA, CA 91016 | KIN ON KENT TONG<br>934 RICE RD<br>EDMONTON, ALBERTA, CANADA |
| GLENROSE RESOURCES, LLC<br>12280 ROSE ROAD<br>WILLIS, TX 77378 | INTECH FUNDING GROUP<br>201 EAST HUNTINGTON DRIVE<br>SUITE 201<br>MONROVIA, CA 91016 | KING COUNTY TREASURY<br>500 4TH AVE., ROOM 600<br>SEATTLE, WA 98104-2340 |
| GLOBE ELECTRIC<br>1303 CENTRAL AVE S SUITE I<br>KENT, WA 98032 | IRON MOUNTAIN<br>8950 154TH AVE NE<br>REDMOND, WA 98052 | LABOWORKS<br>13624 HWY 99<br>WA 98067 |

| | | |
|---|---|---|
| LEO METCALF III<br>PO BOX 2925<br>CONROE, TX 77305 | PUANA PAIN, INC<br>67-1235 KOALIULA PL<br>KAMUELA, HI 96743 | STERLING PRODUCTS, INC<br>90 DAYTON AVENUE SUITE 77<br>PASSAIC, NJ 07055 |
| MARILYN DEBO<br>5212 OAK LAKE DR<br>DALLAS, TX 75287 | PUGET SOUND ENERGY<br>PO BOX 91269<br>BELLEVUE, WA 98009-9269 | STEVE SYPERT<br>PO BOX 64508<br>LUBBOCK, TX 79464 |
| MARK BUHROW<br>208 LONG ISLAND DRIVE<br>HOT SPRINGS NATIONAL PARK, AR 71913 | RH SUNRISE LLC<br>2825 80TH AVE SE #203<br>MERCER ISLAND, WA 98040 | STRATSYS<br>7665 COMMERCE WAY<br>EDEN PRAIRIE, MN 55344 |
| MARTIN EQUITY CORPORATION<br>901 LONGMIRE RD #54<br>CONROE, TX 77304 | RICHARD BIENENFELD<br>12815 120TH NE SUITE G<br>KIRKLAND, WA 98034 | SUDAGLASS<br>14714 PERTHSHIRE RD SUITE A<br>HOUSTON, TX 77079 |
| MCMASTER-CARR<br>9630 NORWALK BLVD<br>SANTA FE SPRINGS, CA 90670 | ROSELLA AND RONALD JOHNSON<br>21701 34TH AVE E<br>SPANAWAY, WA 98387 | THORSTENBERG MINERALS CO.LT<br>2401 FOUNTAIN VIEW<br>HOUSTON, TX 77057 |
| MF MED, INC<br>PO BO 68<br>KAMUELA, HI 96743 | SAEID BOLOOKI AND ELZBIETA FIALKIEWICZ<br>12444 107TH PL NE<br>KIRKLAND, WA 98034 | UNITED RENTALS<br>12500 132ND AVE NE<br>KIRKLAND, WA 98034 |
| MOBILE MINI<br>17200 177TH AVE SE<br>MONROE, WA 98272 | SCOTT AND SUSANNA NELSON<br>507 TERRACE DRIVE<br>HOUSTON, TX 77007 | US BANK<br>PO BOX 1580<br>ROSEBURG, OR 97470 |
| NESS & CAMPBELL CRANE, INC<br>6612 S 218TH ST<br>KENT, WA 98031 | SNOHOMISH COUNTY PUD<br>807 RAINIER ST<br>SNOHOMISH, WA 98290 | WA STATE DEPT OF ECOLOGY<br>3190 160TH AVE SE<br>BELLEVUE, WA 98008 |
| OVERLAKE OIL<br>1021 8TH ST<br>KIRKLAND, WA 98033 | SNOHOMISH COUNTY TREASURER<br>3000 ROCKEFELLER AVE<br>EVERETT, WA 98201 | WA STATE DEPT OF LABOR & I |
| PRESTON MARSHALL<br>7600 W. TIDWELL RD #800<br>HOUSTON, TX 77040 | SONYA RATAEZYK<br>2203 YALE AVE E #201<br>SEATTLE, WA 98102 | WASTE MANAGEMENT<br>ATTN: LEGAL<br>PO BOX 541008<br>LOS ANGELES, CA 90054-1008 |

In re **M9 Defense, Inc**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **M9 Defense, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Decipherst, Inc.**
**13110 NE 177th Pl #236**
**Woodinville, WA 98072**

☐ None [*Check if applicable*]

| | |
|---|---|
| **June 23, 2020** | **/s/ Darrel B. Carter** |
| Date | **Darrel B. Carter** |
| | Signature of Attorney or Litigant |
| | Counsel for **M9 Defense, Inc** |
| | **CBG Law Group** |
| | **11400 SE 8th St Suite 235** |
| | **Bellevue, WA 98004** |
| | **(425) 283-0432 Fax:(425) 283-5560** |
| | **darrel@cbglaw.com** |